### IN THE UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVE DAHLGREN, DAHLGREN'S, INC., THEODORE COLLIN, LLOYD ERICKSON, ERICKSON LAND AND CATTLE, DIXON GRANSTRA d/b/a GRANSTRA CATTLE, DG FARMS, INC., SKANE, INC., CLARK NELSON, WELLS AG ENTERPRISES, INC., DON SJOGREN, BJW FARMS, INC., EWW FARMS, INC., and DUANE KUDLACEK, | CASE NO. 8:05-CV-15 |
| Plaintiffs, | |
| vs. | **ORDER** |
| FIRST NATIONAL BANK OF HOLDREGE, | |
| Defendant. | |

The plaintiffs' unopposed Motion for Leave to File Amended Complaint, filing 31, is granted. The plaintiffs shall file their amended complaint, a copy of which is attached to filing 31, on or before May 18, 2005.

DATED this 13th day of May, 2005.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge