IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2005 JUN 10 PM 2:43

OFFICE OF THE CLERK

| | |
|---|---|
| DAVE DAHLGREN, DAHLGREN'S, INC., THEODORE COLLIN, LLOYD ERICKSON, ERICKSON LAND AND CATTLE, DIXON GRANSTRA d/b/a GRANSTRA CATTLE, DG FARMS, INC., SKANE, INC., CLARK NELSON, WELLS AG ENTERPRISES, INC., DON SJOGREN, BJW FARMS, INC., EWW FARMS, INC., and DUANE KUDLACEK, <br><br>Plaintiffs, <br><br>vs. <br><br>FIRST NATIONAL BANK OF HOLDREGE, <br><br>Defendant. | CASE NO. 8:05-cv-15 <br><br><br><br><br><br><br><br>**ORDER** |

THIS MATTER is before the Court on the unopposed motion of the Defendant for leave to depose Dennis Damrow (Inmate Register No. 18785-047), a federal prisoner, who is in the custody of the Federal Bureau of Prisons and serving a term of forty (40) months incarceration at FCI Florence, Federal Correctional Institution, 5880 Highway 67 South, Florence, Colorado; and for an order directing the Warden of FCI Florence to produce Dennis Damrow for deposition by Defendant at FCI Florence at a date and time to be determined after consultation with the appropriate Federal Bureau of Prisons' personnel. (Filing No. 47). The Court being fully advised in the premises finds that Defendant's Unopposed Motion for Leave to Depose Federal Prisoner should be granted.

IT IS ORDERED that Defendant is granted leave of this Court to depose Dennis Damrow. The Warden of FCI Florence and the Federal Bureau of Prisons shall produce Dennis Damrow for deposition by Defendant at FCI Florence at a date and time to be determined by the Parties following consultation with the appropriate Federal Bureau of Prisons' personnel.

IT IS FURTHER ORDERED that Defendant's deposition of Dennis Damrow shall be taken for use at trial, by stenographic means, and may be videotaped for that purpose.

SO ORDERED.

DATED this 10th day of June, 2005.

By: /s/ David L. Piester

United States Magistrate Judge

2