IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVE DAHLGREN, DAHLGREN'S, INC., THEODORE COLLIN, LLOYD ERICKSON, ERICKSON LAND AND CATTLE, DIXON GRANSTRA, d/b/a GRANSTRA CATTLE, DG FARMS, INC., SKANE, INC., CLARK NELSON, WELLS AG ENTERPRISES, INC., DON SJOGREN, BJW FARMS, INC., EWW FARMS, INC., and DUANE KUDLACEK, <br><br>    Plaintiffs, <br><br>         v. <br><br>FIRST NATIONAL BANK OF HOLDREGE, <br><br>    Defendant. | 8:05CV15 <br><br> ORDER |

IT IS ORDERED:

Plaintiff's motion, filing 49, to strike or withdraw document is granted and the Notice of Subpoena for Production of Records (filing 43) is deemed withdrawn.

DATED this 15th day of June, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge