IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVE DAHLGREN, DAHLGREN'S, INC., THEODORE COLLIN, LLOYD ERICKSON, ERICKSON LAND AND CATTLE, DIXON GRANSTRA d/b/a GRANSTRA CATTLE, DG FARMS, INC., SKANE, INC., CLARK NELSON, WELLS AG ENTERPRISES, INC., DON SJOGREN, BJW FARMS, INC., EWW FARMS, INC., and DUANE KUDLACEK, <br><br>　　　　Plaintiffs, <br><br>　　vs. <br><br>FIRST NATIONAL BANK OF HOLDREGE, <br><br>　　　　Defendant. | CASE NO. 8:05-cv-15 <br><br><br><br>**ORDER** |

THIS MATTER is before the Court on the Joint Motion to Continue Planning Conference of the Plaintiffs and Defendant seeking to continue until August 5, 2005, the Planning Conference that is currently scheduled for telephonic hearing by the Court on July 5, 2005. (Filing No. 55). The Court being fully advised in the premises finds that the Parties' Joint Motion to Continue Planning Conference should be granted.

IT IS SO ORDERED that the Planning Conference that is currently scheduled for telephonic hearing by the Court on July 5, 2005, shall be continued until August 5, 2005 at 9:00 a.m. Plaintiff's counsel shall initiate the call.

SO ORDERED.

DATED this 22nd day of June, 2005.

BY THE COURT
s/ *David L. Piester*
David L. Piester
United States Magistrate Judge