IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVE DAHLGREN, DAHLGREN'S, INC., THEODORE COLLIN, LLOYD ERICKSON, ERICKSON LAND AND CATTLE, DIXON GRANSTRA d/b/a GRANSTRA CATTLE, DG FARMS, INC., SKANE, INC., CLARK NELSON, WELLS AG ENTERPRISES, INC., DON SJOGREN, BJW FARMS, INC., EWW FARMS, INC., and DUANE KUDLACEK, <br><br>Plaintiffs, <br><br>vs. <br><br>FIRST NATIONAL BANK OF HOLDREGE, <br><br>Defendant. | CASE NO. 8:05-CV-15 <br><br><br><br><br><br>ORDER |

THIS MATTER is before the Court on the Joint Motion to Continue Planning Conference and Extend Discovery Deadlines of the Plaintiffs and Defendant seeking to continue until October 5, 2005, the Planning Conference that is currently scheduled for telephonic hearing by the Court on August 5, 2005, and extend by sixty (60) days the deadlines for: completing the initial discovery necessary to conduct further settlement discussions; completing the initial discovery necessary to determine whether to file summary judgment motions; and for identifying experts. (Filing No.80). The Court being fully advised in the premises finds that the Parties' Joint Motion to Continue Planning Conference and Extend Discovery Deadlines should be granted.

IT IS SO ORDERED that the Planning Conference that is currently scheduled for telephonic hearing by the Court on August 5, 2005, shall be continued until October 5, 2005 at 11:00 a.m..

IT IS FURTHER ORDERED that the deadlines for: completing the initial discovery necessary to conduct further settlement discussions; completing the initial discovery necessary

2

to determine whether to file summary judgment motions; and for identifying experts, shall be extended by sixty (60) days.

SO ORDERED.

DATED this 25th day of July, 2005.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge

2