IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVE DAHLGREN, DAHLGREN'S, INC., THEODORE COLLIN, LLOYD ERICKSON, ERICKSON LAND AND CATTLE, DIXON GRANSTRA d/b/a GRANSTRA CATTLE, DG FARMS, INC., SKANE, INC., CLARK NELSON, WELLS AG ENTERPRISES, INC., DON SJOGREN, BJW FARMS, INC., EWW FARMS, INC., and DWAYNE KUDLACEK,<br><br>    Plaintiffs,<br><br>vs.<br><br>FIRST NATIONAL BANK OF HOLDREGE,<br><br>    Defendant. | CASE NO. 8:05-cv-15<br><br><br><br><br><br>**ORDER** |

THIS MATTER is before the Court on the Joint Motion to Extend Certain Deadlines Established in the Court's Order Setting Schedule for Progression of Case seeking to extend by thirty (30) days certain of the deadlines established in the Court's Order Setting Schedule for Progression of Case. (Filing No. 176). The Court being fully advised in the premises finds that the Parties' Joint Motion to Extend Certain Deadlines Established in the Court's Order Setting Schedule for Progression of Case should be granted.

IT IS SO ORDERED that the deadlines established in the Court's Order Setting Schedule for Progression of Case shall be extended as follows:

    a.  Filing motions for summary judgment from April 3, 2006, to May 3, 2006;

b. Filing responses to motions for summary judgment from May 1, 2006, to May 31, 2006;

c. Filing reply briefs, fifteen (15) days following the date for the filing of the opponent's responses to motions for summary judgment;

d. Plaintiffs' disclosure of expert witnesses pursuant to Fed.R.Civ.P. 26(a)(2) from April 3, 2006, to May 3, 2006;

e. Defendant's disclosure of expert witnesses pursuant to Fed.R.Civ.P. 26(a)(2) from June 1, 2006, to July 3, 2006;

f. Plaintiffs' disclosure of additional rebuttal experts from July 3, 2006, to August 2, 2006; and

g. Completion of expert witness deposition discovery from August 1, 2006, to August 31, 2006.

SO ORDERED.

DATED this 14th day of March, 2006.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge