IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVE DAHLGREN, DAHLGREN'S, INC., THEODORE COLLIN, LLOYD ERICKSON, ERICKSON LAND AND CATTLE, DIXON GRANSTRA d/b/a GRANSTRA CATTLE, DG FARMS, INC., SKANE, INC., CLARK NELSON, WELLS AG ENTERPRISES, INC., DON SJOGREN, BJW FARMS, INC., EWW FARMS, INC., and DUANE KUDLACEK,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>FIRST NATIONAL BANK OF HOLDREGE,<br><br>　　　　　Defendant. | 4:05CV15<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**MEMORANDUM**<br>**AND ORDER** |

There are numerous pending motions for summary judgment in this complex case. The defendant has filed a motion for oral argument and I will grant the motion.

IT IS ORDERED that:

(1) The defendant's motion for oral argument on its motion for summary judgment (filing 207) is granted.

(2) From 9:00 a.m. until 5:00 p.m. on Monday, July 3, 2006, the court will hear oral argument on the pending motions for summary judgment.

(a) The court will first take up each individual motion for summary judgment directed at the state law claims. The court will start with the motion directed against the claims of Theodore Collin (see filing 190). The court will then proceed motion by motion thereafter. Hopefully, the court will be able to rule from the bench immediately following the arguments on each such motion.

(b) Following consideration of the state law claims, the court will take up the motion for summary judgment on the RICO claims. The plaintiffs' RICO claims are limited to the provisions of 18 U.S.C. § 1962(c) and (d). (See filing 210 at 1 & n. 1, where the plaintiffs abandon any claim under 18 U.S.C. § 1962(b).) The parties should be prepared to address whether an individual plaintiff necessarily forfeits a RICO claim if the court grants summary judgment on the state law claims. Hopefully, the court will be able to announce a decision from the bench on the motion for summary judgment directed at the RICO claims.

June 6, 2006.                    BY THE COURT:

                                 s/ *Richard G. Kopf*
                                 United States District Judge