IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVE DAHLGREN, DAHLGREN'S, INC., THEODORE COLLIN, LLOYD ERICKSON, ERICKSON LAND AND CATTLE, DIXON GRANSTRA d/b/a GRANSTRA CATTLE, DG FARMS, INC., SKANE, INC., CLARK NELSON, WELLS AG ENTERPRISES, INC., DON SJOGREN, BJW FARMS, INC., EWW FARMS, INC., and DWAYNE KUDLACEK, <br><br>　　　　Plaintiffs, <br><br>　　vs. <br><br>FIRST NATIONAL BANK OF HOLDREGE, <br><br>　　　　Defendant. | CASE NO. 8:05-CV-15 <br><br><br><br><br><br><br><br>**ORDER** |

THIS MATTER is before the Court on the Joint Motion to Extend Certain Deadlines Established in the Court's Order Setting Schedule for Progression of Case seeking to extend by thirty (30) days certain of the deadlines established in the Court's Order Setting Schedule for Progression of Case. (Filing No. 219). The Court being fully advised in the premises finds that the Parties' Joint Motion to Extend Certain Deadlines Established in the Court's Order Setting Schedule for Progression of Case should be granted.

IT IS SO ORDERED that the deadlines established in the Court's Order Setting Schedule for Progression of Case shall be extended as follows:

    a. Defendant's disclosure of expert witnesses pursuant to Fed.R.Civ.P. 26(a)2 from July 3, 2006, to August 2, 2006;

    b.  Plaintiffs' disclosure of additional rebuttal experts from August 2, 2006, to September 1, 2006; and

    c.  Completion of expert witness deposition discovery and filing expert motions *in limine* from August 31, 2006, to September 29, 2006.

SO ORDERED.

DATED this 6th day of June, 2006.

                                        BY THE COURT

                                        s/ *David L. Piester*
                                        David L. Piester
                                        United States Magistrate Judge