```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA

DAVE DAHLGREN, DAHLGREN'S,         )
INC., THEODORE COLLIN, LLOYD       )
ERICKSON, ERICKSON LAND AND        )
CATTLE, DIXON GRANSTRA, d/b/a      )
GRANSTRA CATTLE, DG FARMS,         )
INC., SKANE, INC., CLARK           )
NELSON, WELLS AG ENTERPRISES,      )
INC., DON SJOGREN, BJW FARMS,      )
INC., EWW FARMS, INC., and         )
DUANE KUDLACEK,                    )        8:05CV15
                                   )
            Plaintiffs,            )
                                   )
     v.                            )        ORDER
                                   )
FIRST NATIONAL BANK OF             )
HOLDREGE,                          )
                                   )
            Defendant.
```

On the court's own motion,

IT IS ORDERED:

The pretrial conference is continued from October 13 to October 16, 2006 at 10:00 a.m.

DATED this 19th day of September, 2006.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge