```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| DAVE DAHLGREN, DAHLGREN'S, THEODORE COLLIN, LLOYD ERICKSON, ERICKSON LAND AND CATTLE, DIXON GRANSTRA, DG FARMS, SKANE, CLARK NELSON, WELLS AG ENTERPRISES, DON SJOGREN, BJW FARMS, EWW FARMS, and DUANE KUDLACEK, | ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:05CV15 |
| v. | ) ) | |
| FIRST NATIONAL BANK OF HOLDREGE, | ) ) ) ) | ORDER |
| Defendant. | ) ) | |

IT IS ORDERED:

The unopposed motion of the defendant to continue the Pretrial Conference, filing 252, is granted. The pretrial conference is continued from October 16 to October 20, 2006 at 11:00 a.m.

DATED this 22nd day of September, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge