```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| DAVE DAHLGREN, DAHLGREN'S, THEODORE COLLIN, LLOYD ERICKSON, ERICKSON LAND AND CATTLE, DIXON GRANSTRA, DG FARMS, SKANE, CLARK NELSON, WELLS AG ENTERPRISES, DON SJOGREN, BJW FARMS, EWW FARMS, and DUANE KUDLACEK, | ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:05CV15 |
| v. | ) ) | |
| FIRST NATIONAL BANK OF HOLDREGE, | ) ) ) | AMENDED ORDER |
| Defendant. | ) ) | |

The court's prior ruling on the defendant's Unopposed Motion to Reschedule Pretrial Conference, filing 252, was incomplete. The filing 253 order is therefore amended as follows:

1. The pretrial conference is continued from October 16 to October 20, 2006 at 11:00 a.m., and all deadlines based on the date of the pretrial conference are extended accordingly.

2. The deadline for filing a motion regarding the admissibility of expert testimony under <u>Daubert v. Merrell Dow Pharmaceuticals</u>, 509 U.S. 579 (1993) is continued to October 6, 2006.

3. All other scheduling order deadlines, including the date set for trial, remain in effect.

DATED this 25th day of September, 2006.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge