IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVE DAHLGREN, DAHLGREN'S, INC., THEODORE COLLIN, LLOYD ERICKSON, ERICKSON LAND AND CATTLE, DIXON GRANSTRA d/b/a GRANSTRA CATTLE, DG FARMS, INC., SKANE, INC., CLARK NELSON, WELLS AG ENTERPRISES, INC., DON SJOGREN, BJW FARMS, INC., EWW FARMS, INC., AND DWAYNE KUDLACEK,<br><br>          Plaintiffs,<br><br>     v.<br>FIRST NATIONAL BANK OF HOLDREGE,<br><br>          Defendant. | 8:05CV015<br><br>**MEMORANDUM AND ORDER** |

Plaintiffs have filed a motion in limine concerning Defendant's expert witness, Jeffrey R. Mohrhauser (filing 255). It appears that the court should defer consideration of this motion until at or about time of trial, unless some reason is shown why earlier consideration is warranted. Accordingly,

IT IS ORDERED that the motion in limine (filing 255) shall be held in abeyance and not considered until the first day of trial during the pretrial conference which will be held immediately prior to trial, unless a party shall show cause, within 10 days of this order, why such deferral would be inappropriate.

October 6, 2006                    BY THE COURT:

                                   *s/Richard G. Kopf*
                                   United States District Judge