IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVE DAHLGREN, DAHLGREN'S, INC., THEODORE COLLIN, LLOYD ERICKSON, ERICKSON LAND AND CATTLE, DIXON GRANSTRA d/b/a GRANSTRA CATTLE, DG FARMS, INC., SKANE, INC., CLARK NELSON, WELLS AG ENTERPRISES, INC., DON SJOGREN, BJW FARMS, INC., EWW FARMS, INC., AND DWAYNE KUDLACEK,<br><br>      Plaintiffs,<br><br>    v.<br><br>FIRST NATIONAL BANK OF HOLDREGE,<br><br>      Defendant. | 8:05CV015<br><br>**MEMORANDUM AND ORDER** |

    In this case one or more motions in limine have been filed. It appears that the court should defer consideration of such motions until at or about time of trial, unless some reason is shown why earlier consideration is warranted. Accordingly,

    IT IS ORDERED that the motion(s) in limine (filing 259, 267, 269, 272) shall be held in abeyance and not considered until the first day of trial during the pretrial conference which will be held immediately prior to trial, unless a party shall show cause, within 10 days of this order, why such deferral would be inappropriate.

October 18, 2006               BY THE COURT:

                                                       *s/ Richard G. Kopf*
                                                       United States District Judge