IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVE DAHLGREN, DAHLGREN'S, INC., THEODORE COLLIN, LLOYD ERICKSON, ERICKSON LAND AND CATTLE, DIXON GRANSTRA, d/b/a GRANSTRA CATTLE, DG FARMS, INC., SKANE, INC., CLARK NELSON, WELLS AG ENTERPRISES, INC., DON SJOGREN, BJW FARMS, INC., EWW FARMS, INC., and DUANE KUDLACEK, | ) ) ) ) ) ) ) ) ) ) ) | 8:05CV15 |
| Plaintiffs, | ) ) | |
| v. | ) ) | ORDER |
| FIRST NATIONAL BANK OF HOLDREGE, | ) ) ) | |
| Defendant. | ) | |

IT IS ORDERED:

The settlement conference that was set for tomorrow, October 26, 2006 is cancelled.

DATED: October 20, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge