IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVE DAHLGREN, | ) | |
| DAHLGREN'S, THEODORE | ) | |
| COLLIN, LLOYD ERICKSON, | ) | |
| ERICKSON LAND AND CATTLE, | ) | 8:05CV15 |
| DIXON GRANSTRA, DG FARMS, | ) | |
| SKANE, CLARK NELSON, WELLS | ) | |
| AG ENTERPRISES, DON | ) | |
| SJOGREN, BJW FARMS, EWW | ) | ORDER |
| FARMS, and DUANE KUDLACEK, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| FIRST NATIONAL BANK OF | ) | |
| HOLDREGE, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that a trial conference will be held on Friday, November 17, 2006, from 2:00 to 5:00 p.m., in my chambers.[1]

November 9, 2006.          BY THE COURT:

                           s/ *Richard G. Kopf*
                           United States District Judge

---

[1] I have a trial starting on November 13, 2006. It is expected to conclude prior to November 17. If it does not, my judicial assistant will notify you no later than Friday morning, November 17, that the trial conference will be held on Saturday, November 18, from 9:00 a.m. to 12:00 p.m.