IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVE DAHLGREN, et al., | ) | 8:05CV15 |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| FIRST NATIONAL BANK OF HOLDREGE, | ) ) | |
| | ) | |
| Defendant. | ) | |

The jury having returned its verdict,

IT IS ORDERED that:

1.	Plaintiffs shall have ten (10) days from today's date to file a motion for treble damages on their RICO claims, together with a supporting brief. The motion shall specify the amount of treble damages claimed by each Plaintiff.

2.	Plaintiffs shall also have ten (10) days from today's date to file an application for attorney fees, together with supporting affidavits and a supporting brief.

3.	Defendant shall have ten (10) days after service of the foregoing materials to file its responses.

4.	By agreement of the parties, entry of final judgment shall be withheld pending the court's determination of the Plaintiffs' motion for treble damages and application for attorney fees.

December 15, 2006.            BY THE COURT:

                              s/ *Richard G. Kopf*
                              United States District Judge