IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVE DAHLGREN, et al., | ) | 8:05CV15 |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| FIRST NATIONAL BANK OF HOLDREGE, | ) ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Defendant's unopposed motion for stay of execution on judgment pending ruling on Defendant's post-trial motions and for approval of letter of credit in lieu of supersedeas bond (filing 410) is granted, as follows:

1. Pursuant to Fed. R. Civ. P. 62(b), execution upon or proceedings to enforce the court's judgment are stayed pending the court's ruling on filing 411, and for ten (10) days thereafter.

2. In lieu of a supersedeas bond under Fed. R. Civ. P. 62(d), Defendant is authorized to post as security on appeal a letter of credit in the form attached to its motion as Exhibit "A".

February 21, 2007.                                   BY THE COURT:

                                                     s/ *Richard G. Kopf*
                                                     United States District Judge