# Detail Fee Transaction File List
### KNUDSEN, BERKHEIMER, RICHARDSON & ENDACOTT, LLP

| Client | Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|
| **Client ID 25000.0000 Misrepresentation of FNBH: General** | | | | | | |
| 25000.0000 | 01/09/2007 | RMC | 265.00 | 2.30 | 609.50 | Analysis of restitution of RICO damages |
| 25000.0000 | 01/09/2007 | RMC | 265.00 | 1.30 | 344.50 | Analysis of nominee loans as bank fraud |
| 25000.0000 | 01/12/2007 | RMC | 265.00 | 0.70 | 185.50 | Review of opposition to fee application and materials |
| 25000.0000 | 01/15/2007 | RMC | 265.00 | 6.50 | 1722.50 | Analysis of fee application and case law |
| 25000.0000 | 01/16/2007 | RMC | 265.00 | 1.50 | 397.50 | Analysis of cases re fee application |
| 25000.0000 | 01/16/2007 | RMC | 265.00 | 5.90 | 1563.50 | Drafting of reply brief on fee application |
| 25000.0000 | 01/17/2007 | RMC | 265.00 | 5.50 | 1457.50 | Drafting of reply brief on fee application |
| 25000.0000 | 01/18/2007 | RMC | 265.00 | 8.10 | 2146.50 | Drafting of brief |
| 25000.0000 | 01/31/2007 | RCR | 265.00 | 1.40 | 371.00 | Review of and draft LOC and propose revisions and additions |
| 25000.0000 | 01/19/2007 | SKW | 265.00 | 0.30 | 79.50 | Review of reply brief re: attorney fees |
| 25000.0000 | 12/27/2006 | JRL | 225.00 | 5.50 | 1237.50 | Finalizing fee application |
| 25000.0000 | 12/27/2006 | JRL | 225.00 | 0.50 | 112.50 | Telephone conference with Dixon, Clark, Bob, Gary, and Sheldon newspaper |
| 25000.0000 | 12/28/2006 | JRL | 225.00 | 0.40 | 90.00 | Telephone conference with Bill Hargens re possible settlement and follow up on same |
| 25000.0000 | 12/29/2006 | JRL | 225.00 | 0.10 | 22.50 | Telephone conference with Don Sjogren |
| 25000.0000 | 01/02/2007 | JRL | 225.00 | 0.90 | 202.50 | Drafting of letter to Hargens after spreading settlement numbers |
| 25000.0000 | 01/02/2007 | JRL | 225.00 | 0.10 | 22.50 | Telephone conference with Dixon |
| 25000.0000 | 01/04/2007 | JRL | 225.00 | 0.30 | 67.50 | E-mail to/from clients |
| 25000.0000 | 01/04/2007 | JRL | 225.00 | 0.50 | 112.50 | Factual research regarding criminal status |
| 25000.0000 | 01/08/2007 | JRL | 225.00 | 0.50 | 112.50 | Review of response to treble motion |
| 25000.0000 | 01/09/2007 | JRL | 225.00 | 0.50 | 112.50 | Communication with clients re no news from bank and conference with Rod Confer re research needed on Slominski situation |
| 25000.0000 | 01/09/2007 | JRL | 225.00 | 0.30 | 67.50 | Review of Rod Confer's research |
| 25000.0000 | 01/10/2007 | JRL | 225.00 | 1.10 | 247.50 | Numerous communication with clients re lack of offer |
| 25000.0000 | 01/10/2007 | JRL | 225.00 | 0.40 | 90.00 | E-mail to/from Gary Grote re payment for witness fees |
| 25000.0000 | 01/11/2007 | JRL | 225.00 | 0.20 | 45.00 | Telephone conference with Clark Nelson |
| 25000.0000 | 01/11/2007 | JRL | 225.00 | 0.90 | 202.50 | Thank you notes to witnesses |
| 25000.0000 | 01/12/2007 | JRL | 225.00 | 0.90 | 202.50 | Review of defendant's objection to plaintiff's attorney's fees application |
| 25000.0000 | 01/12/2007 | JRL | 225.00 | 0.40 | 90.00 | E-mail to/from Rod Confer re filings |
| 25000.0000 | 01/12/2007 | JRL | 225.00 | 0.40 | 90.00 | Telephone conference with Rod Confer re affidavit of Dougherty |
| 25000.0000 | 01/12/2007 | JRL | 225.00 | 0.20 | 45.00 | Telephone conference with Dixon Granstra |
| 25000.0000 | 01/13/2007 | JRL | 225.00 | 2.90 | 652.50 | Work on fee response to Defendant's objection to fee application |
| 25000.0000 | 01/14/2007 | JRL | 225.00 | 2.10 | 472.50 | Work on fee response to Defendant's objection to fee application |
| 25000.0000 | 01/15/2007 | JRL | 225.00 | 5.10 | 1147.50 | Work on fee response to Defendant's objection to fee application |
| 25000.0000 | 01/16/2007 | JRL | 225.00 | 4.70 | 1057.50 | Drafting of response brief |
| 25000.0000 | 01/16/2007 | JRL | 225.00 | 0.30 | 67.50 | Telephone conference with Harry Erickson |
| 25000.0000 | 01/17/2007 | JRL | 225.00 | 4.10 | 922.50 | Drafting of response brief |
| 25000.0000 | 01/18/2007 | JRL | 225.00 | 6.70 | 1507.50 | Finish revisions to attorneys fee brief and affidavit of Rod Confer |
| 25000.0000 | 01/19/2007 | JRL | 225.00 | 3.50 | 787.50 | Final touches on the attorney's fee brief |
| 25000.0000 | 01/22/2007 | JRL | 225.00 | 0.10 | 22.50 | E-mail to/from Rod Confer |
| 25000.0000 | 01/23/2007 | JRL | 225.00 | 2.00 | 450.00 | Analysis of interest issue with Rod Confer |
| 25000.0000 | 01/23/2007 | JRL | 225.00 | 0.10 | 22.50 | Telephone conference with witness re attorney fee application |
| 25000.0000 | 01/31/2007 | JRL | 225.00 | 0.50 | 112.50 | Review of LOC as collateral for judgment |
| **Total for Client ID 25000.0000** | | | Billable | 79.70 | 19272.50 | Misrepresentation of FNBH: General Misrepresentation by FNBH |

| Client | Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|
| **Client ID 25001.0000 Dahlgren, et. al/Dave** | | | | | | |
| 25001.0000 | 01/31/2007 | RMC | 265.00 | 0.10 | 26.50 | Telephone conference with Bob Bothe re letter of credit |
| 25001.0000 | 01/31/2007 | RMC | 265.00 | 0.80 | 212.00 | Analysis of letter of credit |
| 25001.0000 | 01/31/2007 | RMC | 265.00 | 0.40 | 106.00 | E-mail to/from Bob Bothe re letter of credit |
| 25001.0000 | 02/15/2007 | RMC | 265.00 | 2.00 | 530.00 | Review of brief on motions for new trial |
| 25001.0000 | 02/19/2007 | RMC | 265.00 | 1.30 | 344.50 | Analysis of arguments on new trial |
| 25001.0000 | 02/19/2007 | RMC | 265.00 | 5.60 | 1484.00 | Drafting of arguments re new trial - RICO |
| 25001.0000 | 02/21/2007 | RMC | 265.00 | 0.30 | 79.50 | Analysis of bad acts evidence |
| 25001.0000 | 02/21/2007 | RMC | 265.00 | 4.70 | 1245.50 | Drafting of argument re RICO |
| 25001.0000 | 02/22/2007 | RMC | 265.00 | 5.80 | 1537.00 | Drafting of arguments - RICO |
| 25001.0000 | 02/24/2007 | RMC | 265.00 | 0.50 | 132.50 | Drafting of revisions to evidentiary arguments |
| 25001.0000 | 02/26/2007 | RMC | 265.00 | 3.30 | 874.50 | Drafting of RICO arguments |
| 25001.0000 | 02/27/2007 | RMC | 265.00 | 3.90 | 1033.50 | Drafting of RICO arguments |
| 25001.0000 | 02/28/2007 | RMC | 265.00 | 2.20 | 583.00 | Drafting of RICO arguments |
| 25001.0000 | 02/28/2007 | RMC | 265.00 | 0.90 | 238.50 | Drafting of State claims arguments |
| 25001.0000 | 03/01/2007 | RMC | 265.00 | 2.50 | 662.50 | Drafting of brief: state claims |
| 25001.0000 | 03/04/2007 | RMC | 265.00 | 2.90 | 768.50 | Drafting of brief arguments - state law claims |
| 25001.0000 | 03/05/2007 | RMC | 265.00 | 4.60 | 1219.00 | Drafting of arguments - state law claims |
| 25001.0000 | 03/05/2007 | RMC | 265.00 | 0.30 | 79.50 | Review of 8th Circuit rules on briefs |
| 25001.0000 | 03/05/2007 | RMC | 265.00 | 8.40 | 2226.00 | Drafting of revisions to brief |
| 25001.0000 | 03/16/2007 | RMC | 265.00 | 1.00 | 265.00 | Review of defendants' reply brief on new trial |
| 25001.0000 | 03/19/2007 | RMC | 265.00 | 2.30 | 609.50 | Analysis of RICO cases cited by defendant |
| 25001.0000 | 02/01/2007 | RCR | 265.00 | 0.60 | 159.00 | Review of LOC requirements, revised draft and accompanying comments |
| 25001.0000 | 02/05/2007 | RCR | 265.00 | 1.80 | 477.00 | Drafting of sight draft and revise LOC documents |
| 25001.0000 | 02/06/2007 | RCR | 265.00 | 0.30 | 79.50 | Review of Bothe correspondence (e-mail) re: letter of credit |
| 25001.0000 | 02/07/2007 | RCR | 265.00 | 0.30 | 79.50 | Review of Letter of Credit and e-mail correspondence |
| 25001.0000 | 02/08/2007 | RCR | 265.00 | 0.30 | 79.50 | Review of Hargens correspondence (e-mail) re: LOC and respond |
| 25001.0000 | 02/12/2007 | RCR | 265.00 | 1.20 | 318.00 | Review of revised draft of LOC; draft revisions and review of file |
| 25001.0000 | 02/13/2007 | RCR | 265.00 | 0.30 | 79.50 | Drafting of revised LOC |
| 25001.0000 | 01/26/2007 | JRL | 225.00 | 0.30 | 67.50 | Conferring with Rod Confer re letter of credit as collateral |
| 25001.0000 | 01/26/2007 | JRL | 225.00 | 0.20 | 45.00 | Conferring with Gary Wells |
| 25001.0000 | 02/01/2007 | JRL | 225.00 | 0.90 | 202.50 | Review of fee opinion |
| 25001.0000 | 02/01/2007 | JRL | 225.00 | 0.20 | 45.00 | Drafting of letters to clients |
| 25001.0000 | 02/01/2007 | JRL | 225.00 | 0.40 | 90.00 | Review of terms of letter of credit |
| 25001.0000 | 02/02/2007 | JRL | 225.00 | 1.50 | 337.50 | Numerous e-mails concerning letter of credit and stipulation for the same and following-up e-mails concerning bank's call report and need for security and determine if supplementation of record would be appropriate given bank's 1.3 MM in fees last quarter |
| 25001.0000 | 02/04/2007 | JRL | 225.00 | 0.40 | 90.00 | E-mail to/from clients re attorney fees appeal procedure |
| 25001.0000 | 02/05/2007 | JRL | 225.00 | 1.10 | 247.50 | Telephone conference with Harry Erickson and follow-up on missing mailing |
| 25001.0000 | 02/05/2007 | JRL | 225.00 | 0.20 | 45.00 | Telephone conference with Bob Bothe re Letter of Credit |
| 25001.0000 | 02/05/2007 | JRL | 225.00 | 0.40 | 90.00 | Conferring with Rick Reier re Letter of Credit |
| 25001.0000 | 02/05/2007 | JRL | 225.00 | 0.40 | 90.00 | Review of changes to Letter of Credit and forward same |
| 25001.0000 | 02/06/2007 | JRL | 225.00 | 0.70 | 157.50 | Follow up on stipulation for non-execution on judgment |
| 25001.0000 | 02/07/2007 | JRL | 225.00 | 0.10 | 22.50 | Telephone conference with Bill Hargens re Letter of Credit revisions and follow-up on same |
| 25001.0000 | 02/07/2007 | JRL | 225.00 | 0.90 | 202.50 | Review and revise Letter of Credit |
| 25001.0000 | 02/08/2007 | JRL | 225.00 | 0.90 | 202.50 | Drafting of Letter of Credit |
| 25001.0000 | 02/09/2007 | JRL | 225.00 | 0.40 | 90.00 | Telephone conference with Chris Erickson re case status |
| 25001.0000 | 02/12/2007 | JRL | 225.00 | 0.70 | 157.50 | Review of final drafts of Letter of Credit |
| 25001.0000 | 02/13/2007 | JRL | 225.00 | 0.50 | 112.50 | Final Approval Motion and Letter of Credit |
| 25001.0000 | 02/13/2007 | JRL | 225.00 | 0.10 | 22.50 | E-mail to/from Ted Collin |
| 25001.0000 | 02/13/2007 | JRL | 225.00 | 0.20 | 45.00 | Telephone conference with Darin Granstra |
| 25001.0000 | 02/14/2007 | JRL | 225.00 | 0.20 | 45.00 | E-mail regarding Motion to Approve Bond/LOC |
| 25001.0000 | 02/14/2007 | JRL | 225.00 | 0.10 | 22.50 | Review of ECF of Motion |
| 25001.0000 | 02/14/2007 | JRL | 225.00 | 1.10 | 247.50 | Review of Motion for New Trial and supporting brief |
| 25001.0000 | 02/14/2007 | JRL | 225.00 | 0.10 | 22.50 | Telephone conference with Rod Confer re Motion for New Trial and brief |
| 25001.0000 | 02/15/2007 | JRL | 225.00 | 6.50 | 1462.50 | Review of new trial brief and begin drafting response by reviewing previous research |
| 25001.0000 | 02/15/2007 | JRL | 225.00 | 0.40 | 90.00 | E-mail and letter to/from clients |
| 25001.0000 | 02/16/2007 | JRL | 225.00 | 4.50 | 1012.50 | Drafting of response to brief |
| 25001.0000 | 02/16/2007 | JRL | 225.00 | 0.20 | 45.00 | Telephone conference with Harry Erickson |
| 25001.0000 | 02/20/2007 | JRL | 225.00 | 3.50 | 787.50 | Drafting of brief |
| 25001.0000 | 02/21/2007 | JRL | 225.00 | 0.50 | 112.50 | Legal research for new trial brief |
| 25001.0000 | 02/22/2007 | JRL | 225.00 | 0.80 | 180.00 | Drafting of brief |
| 25001.0000 | 02/23/2007 | JRL | 225.00 | 2.70 | 607.50 | Drafting of responsive brief to new trial motion |
| 25001.0000 | 02/26/2007 | JRL | 225.00 | 2.40 | 540.00 | Drafting of response to new trial motion |
| 25001.0000 | 02/26/2007 | JRL | 225.00 | 0.20 | 45.00 | E-mail to/from Dave Dahlgren |
| 25001.0000 | 02/27/2007 | JRL | 225.00 | 3.70 | 832.50 | Finishing drafting Slominski and attorney fees portion of brief for new trial |
| 25001.0000 | 02/28/2007 | JRL | 225.00 | 0.90 | 202.50 | Review of Rod Confer's RICO draft and make revisions to the same |
| 25001.0000 | 02/28/2007 | JRL | 225.00 | 0.30 | 67.50 | Review of Defendant's brief to highlight worst arguments |
| 25001.0000 | 03/01/2007 | JRL | 225.00 | 4.80 | 1080.00 | Drafting of brief in response to new trial motion |
| 25001.0000 | 03/02/2007 | JRL | 225.00 | 4.10 | 922.50 | Drafting of brief in response to new trial motion including research of lulling argument |
| 25001.0000 | 03/03/2007 | JRL | 225.00 | 0.90 | 202.50 | Drafting of new trial brief |
| 25001.0000 | 03/04/2007 | JRL | 225.00 | 0.70 | 157.50 | Drafting of new trial brief |
| 25001.0000 | 03/05/2007 | JRL | 225.00 | 6.70 | 1507.50 | Drafting of new trial brief |
| 25001.0000 | 03/06/2007 | JRL | 225.00 | 3.00 | 675.00 | Drafting of new trial brief |

| Client | Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|
| **Client ID 25001.0000 Dahlgren, et. al/Dave** | | | | | | |
| 25001.0000 | 03/07/2007 | JRL | 225.00 | 0.80 | 180.00 | E-mail to/from opposing counsel re letter of credit and follow up on same |
| 25001.0000 | 03/07/2007 | JRL | 225.00 | 0.40 | 90.00 | Telephone conference with Clerk's office re bill of costs and follow up on same |
| 25001.0000 | 03/07/2007 | JRL | 225.00 | 0.10 | 22.50 | Review of ECF Order from the court |
| 25001.0000 | 03/19/2007 | JRL | 225.00 | 0.80 | 180.00 | Review and analysis of reply brief |
| 25001.0000 | 02/21/2007 | JWG | 150.00 | 2.50 | 375.00 | Analysis of case law regarding evidence of RICO. |
| 25001.0000 | 02/26/2007 | JWG | 150.00 | 4.40 | 660.00 | Analysis of case law regarding RICO issues. |
| 25001.0000 | 02/07/2007 | TJS | 100.00 | 0.10 | 10.00 | Electronically file joint stipulation |
| 25001.0000 | 03/06/2007 | TJS | 100.00 | 0.20 | 20.00 | Compiling and organizing closing argument documentation for Rod Confer's review for preparing reply brief to defendant's motion for new trial |
| **Total for Client ID 25001.0000** | | | Billable | 126.70 | 30296.50 | Dahlgren, et. al/Dave re: Appeal |

| | | | | **GRAND TOTALS** | | |
|---|---|---|---|---|---|---|
| | | | Billable | 206.40 | 49569.00 | |

# Detail Fee Transaction File List
## KNUDSEN, BERKHEIMER, RICHARDSON & ENDACOTT, LLP

System Date: 03/21/2007          Time: 10:11 AM          User ID: LJM

Client Selection Criteria:

| | | | |
|---|---|---|---|
| Client ID: | 25000.0000 | Thru: | 25001.0000 |
| Name Search Key: | | Thru: | Z |
| Primary Attorney: | 1 | Thru: | 99 |
| Secondary Attorney: | 1 | Thru: | 99 |
| Originating Attorney: | 1 | Thru: | 99 |
| Category: | 1 | Thru: | 999 |
| Open Date: | mm/dd/yyyy | Thru: | mm/dd/yyyy |
| Close Date: | mm/dd/yyyy | Thru: | mm/dd/yyyy |
| Billing Frequency: | All | | |
| Location: | All | | |
| Status Criteria: | All | | |

Transaction Selection Criteria:

| | | | |
|---|---|---|---|
| Fees: | Yes | | |
| Attorney: | 1 | Thru: | 99 |
| Date: | 12/27/2006 | Thru: | mm/dd/yyyy |
| Tcode: | 1 | Thru: | 999 |
| Category: | 1 | Thru: | 999 |
| Expenses: | No | | |
| Advances: | No | | |
| Payments: | No | | |

Transaction File List Options:

| Transaction Type | Include | Transaction Source | Include |
|---|---|---|---|
| Work-In-Process | Yes | Billing | Yes |
| Archived | Yes | Remote | Yes |
| | | Data Import | Yes |
| Billable | Yes | PracticeMaster | Yes |
| Non-billable | No | Accounts Payable | Yes |
| | | Trust | Yes |
| | | QuickBooks | Yes |
| Hold | Yes | | |
| Print | Yes | Attorney Initials | Yes |
| Save | Yes | | |
| Normal | No | Client Name | No |
| | | Work Description | No |

Detail or Summary Report: Detail
Dates under the Transaction Tab apply to Transaction Dates.

Sort Options:
   1st Sort Order: Client
      Subtotal: Yes
   2nd Sort Order: Attorney
      Subtotal: No
   3rd Sort Order: Transaction Date
      Subtotal: No
   Start 1st Sort on a New Page: Yes

Include Columns:

| | |
|---|---|
| ClientID | Yes |
| UserID | No |
| EntryDate | No |
| TransDate | Yes |
| StmtDate | No |
| Timekeeper | Yes |
| ExpAdv | No |
| Source | No |
| Status | No |
| ReceiptType | No |
| CheckNum | No |
| Ref/Memo | No |
| TaxCode | No |
| BillCode | No |
| RateCode | No |
| CostType | No |
| Tcode | No |
| Rate | Yes |
| Units | No |
| HoursWorked | No |
| HoursToBill | Yes |
| Amount | Yes |
| Description | Yes |
| RefNo | No |

Orientation: Portrait