IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVE DAHLGREN, et al., | ) | 8:05CV15 |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| FIRST NATIONAL BANK OF HOLDREGE, | ) ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

1. Plaintiffs' supplemental motion for attorney fees (filing 419) is granted,[1] and Plaintiffs are awarded an additional sum of $42,514.00 for attorney fees associated with their previous fee application and responding to Defendant's post-trial motions.

2. An amended judgment shall be entered by separate document.

April 11, 2007.　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　s/ *Richard G. Kopf*
　　　　　　　　　　　　　　　　United States District Judge

---

[1] Plaintiffs' supplemental motion was filed and served on March 23, 2007. Defendant has not responded to the motion, which is now ripe for decision. See NECivR 7.1 ("A brief opposing any other motion [than a motion for summary judgment or motion to dismiss] must be filed and served no later than ten (10) business days after the motion and supporting brief are filed and served.").