IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVE DAHLGREN, DAHLGREN'S, Inc., THEODORE COLLIN, LLOYD ERICKSON, ERICKSON LAND AND CATTLE, DIXON GRANSTRA, DG FARMS, Inc., SKANE, Inc., CLARK NELSON, WELLS AG ENTERPRISES, Inc., DON SJOGREN, BJW FARMS, Inc., EWW FARMS, Inc., and DUANE KUDLACEK, | ) ) ) ) ) ) ) ) ) ) ) | 8:05CV15 |
| Plaintiffs, | ) ) | **MEMORANDUM AND ORDER** |
| V. | ) ) | |
| FIRST NATIONAL BANK OF HOLDREGE, | ) ) ) | |
| Defendant. | ) | |

The Court of Appeals has now entered its corrected mandate. In particular, the corrected mandate directs me "to enter a separate judgment in each plaintiffs' case." Before I comply with the Court of Appeals' mandate, I will give each of the parties an opportunity to advise me whether there is anything they wish to bring to my attention that should be included in one or more of the separate judgments. Accordingly,

IT IS ORDERED that counsel for all parties shall have until close of business on Monday, September 22, 2008, to advise the undersigned as to the form and content of the separate judgments required by the Court of Appeals' corrected mandate.

September 15, 2008.                    BY THE COURT:

*S/Richard G. Kopf*
United States District Judge