IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVE DAHLGREN, DAHLGREN'S, Inc., THEODORE COLLIN, LLOYD ERICKSON, ERICKSON LAND AND CATTLE, DIXON GRANSTRA, DG FARMS, Inc., SKANE, Inc., CLARK NELSON, WELLS AG ENTERPRISES, Inc., DON SJOGREN, BJW FARMS, Inc., EWW FARMS, Inc., and DUANE KUDLACEK, | ) ) ) ) ) ) ) ) ) ) | 8:05CV15 |
| Plaintiffs, | ) ) | **ORDER** |
| V. | ) ) | |
| FIRST NATIONAL BANK OF HOLDREGE, | ) ) ) | |
| Defendant. | ) | |

IT IS ORDERED that the joint stipulation regarding entry of judgment and related matters (filing 461) is approved.

September 15, 2008.             BY THE COURT:

                                *S/Richard G. Kopf*
                                United States District Judge