# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEBRASKA

| | |
|---|---|
| SKANE, INC., | CASE NO. 8:05-CV-15 |
| Plaintiff, | |
| vs. | **ORDER AND JUDGMENT** |
| FIRST NATIONAL BANK OF HOLDREGE, | |
| Defendant. | |

Pursuant to the Judgment and Corrected Mandate of the United States Court of Appeals for the Eighth Circuit entered on July 11, 2008 and September 15, 2008, respectively, the Court hereby orders that the judgment against the Defendant and in favor of the Plaintiff Skane, Inc. ("Plaintiff") on Plaintiff's RICO claims, including trebled damages and attorneys fees is hereby vacated and judgment is hereby entered for Plaintiff against Defendant for tort damages, in the amount of $172,863.67, plus costs of $1,832.14 and post judgment interest in the amount of $14,495.21 as of September 18, 2008 with per diem interest of $24.36 per day until paid.

September 23, 2008.　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　s/ *Richard G. Kopf*
　　　　　　　　　　　　　　　　　　　　United States District Judge